William M. Zimmerman, State Bar No. 126531
Lori S. DeCristo, State Bar No. 136756
**PISEGNA & ZIMMERMAN  LLC**
5170 North Sepulveda Boulevard
Suite 230
Sherman Oaks, California 91403
Telephone (818) 377-2200

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK K. KOPF, | CASE NO.: 5:21-CV-01815SHK |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| vs. | |
| KIOLO KIJAKAZI, Commissioner of Social Security | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERD that EAJA fees are awarded in the amount of FIVE THOUSAND SIX HUNDRED FIFTY DOLLARS ($5,665.00)  for fees and costs subject to the terms of the stipulation.

DATED: December 22, 2022

_____
HON: SHASKI H. KEWALRAMANI
U.S.  MAGISTRATE JUDGE